# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1853.  EVANS v. THE STATE.**

Evans has filed a motion for his case be remanded to the trial court to give his appellate counsel an opportunity to investigate and present claims that his trial counsel was ineffective.  After Kent was found guilty and sentenced in the trial court on various criminal offenses, his trial counsel filed a notice of appeal before conflict-free counsel was substituted on appeal.

Because the substituted appellate counsel had no opportunity to assert an ineffective assistance of trial counsel claim in the trial court, we GRANT the motion to remand.  The case is remanded to the trial court for an evidentiary hearing and findings concerning the issue of ineffective assistance of trial counsel.  If the trial court finds that Evans did not receive effective assistance of trial counsel, a new trial is required.  If the trial court finds that Evans received effective assistance of trial counsel, Evans shall have 30 days to appeal that ruling along with any other claims of trial error. *Garland v. State*, 283 Ga. 201 (657 SE2d 842) (2008).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*